| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

In Re:

Case No.: _____

Judge: _____

Chapter: _____

Recommended Local Form:   ☐  Followed   ☐  Modified

# CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
# APPLICATION FOR RETENTION OF PROFESSIONAL

I, _____, being of full age, certify as follows:

1. I am seeking authorization to be retained as _____.

2. My professional credentials include:_____
   _____
   _____

3. I am a member of or associated with the firm of: _____
   _____.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:_____
   _____
   _____.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☐ None

   ☐ Describe connection:_____

   _____

   _____

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☐ None

   ☐ Describe Connection: _____

   _____

   _____

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

   ☐ do not hold an adverse interest to the estate.

   ☐ do not represent an adverse interest to the estate.

   ☐ are disinterested under 11 U.S.C. § 101(14).

   ☐ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

   ☐ Other. Explain: _____

   _____

   _____

2

8. If the professional is an auctioneer,

   a. A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

   ☐ Yes     ☐ No

   b. My qualifications and previous experience as an auctioneer include:

   _____
   _____
   _____

   c. Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations?   ☐ Yes    ☐ No

   If yes, explain:_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

   _____
   _____
   _____

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Date: _____          _____
                                                Signature of Professional

                                                _____
                                                Name of Professional

*Rev. 7/1/04; jml*

3