# APPRAISAL REPORT

of the Real Property known as

## 155 Summit Drive
## Paramus Borough, Bergen County, New Jersey
## Block: 1702 | Lot: 2



Prepared for

JOSEPH K. JONES, ESQ.

as of

October 8, 2024

Submitted by

THEODORE J. LAMICELLA, JR., SCGREA, CTA

*Copyright © 2024*
*Associated Appraisal Group*



# ASSOCIATED APPRAISAL GROUP

### REAL ESTATE APPRAISAL SERVICES

17-17 ROUTE 208 NORTH
SUITE 210
FAIR LAWN, NEW JERSEY 07410

(908) 967-6137 - Telephone

October 8, 2024

**JOSEPH K. JONES, ESQ.**
Managing Partner
Jones, Wolf and Kapasi, LLC
375 Passaic Avenue
Suite 100
Fairfield, New Jersey 07004

| | | |
|---|---|---|
| *Re:* | *Property Address:* | *155 Summit Drive* |
| | | *Paramus Borough, Bergen County, New Jersey* |
| | *Block/Lot:* | *1702 / 2* |

Dear Mr. Jones:

In conformity with your request, we have completed an appraisal report of the captioned real property, presented in a narrative format. This appraisal has been developed and this report has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) adopted by the Appraisal Standards Board of the Appraisal Foundation.

The purpose of this appraisal is to estimate the market value of the subject property as of the effective date of this report. It is our understanding that the intended use of this appraisal is to assist the property owner in pending litigation.

This appraisal may not be used or relied upon by anyone other than the client, for any purpose whatsoever, without the express written consent of the Appraisers. Please refer to the Scope of Assignment and Function/Purpose section of this report for a further discussion of its specific limitations.

The accompanying report contains a summary of data considered and the basis for the value conclusion(s). Based thereon, we are of the opinion that the market value of the fee simple estate of the property in question, and in conformity with the definition and limiting conditions set forth hereafter, as of October 8, 2024, was in the amount of:

*$2,300,000*

*(Two Million Three Hundred Thousand Dollars)*

JOSEPH K. JONES, ESQ.
Re:    155 Summit Drive, Paramus Borough, Bergen County, NJ
October 8, 2024
Page Two


     Employment in, and compensation for, the preparation of this report is in no way contingent upon the value reported and we hereby certify that we have no financial interest in the subject property.

     Our report is attached and made part of this letter of transmittal.

Respectfully,

ASSOCIATED APPRAISAL GROUP



THEODORE J. LAMICELLA, JR., SCGREA, CTA
*State Certified General Real Estate Appraiser*
*License Number:  42RG00189200*
*Expiration Date:  December 31, 2025*

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## TABLE OF CONTENTS

DATA SUMMARY ....................................................................................................................1

INTRODUCTION .....................................................................................................................2

MARKET VALUE ....................................................................................................................4

ASSESSED VALUATION, TAX RATE & TAXES ..........................................................................5

SITE DATA ............................................................................................................................6

TAX MAP ..............................................................................................................................7

FLOOD MAP ..........................................................................................................................8

LOCATION MAP .....................................................................................................................9

AERIAL VIEW OF THE SUBJECT AND SURROUNDING AREA .................................................. 10

ZONING ..............................................................................................................................11

ZONING MAP ..................................................................................................................... 14

SUBJECT IMPROVEMENT DESCRIPTION ................................................................................15

PHOTOGRAPHS OF THE SUBJECT PROPERTY ........................................................................16

BERGEN COUNTY ................................................................................................................28

BOROUGH OF PARAMUS......................................................................................................31

NEIGHBORHOOD DESCRIPTION ...........................................................................................33

HIGHEST AND BEST USE .....................................................................................................34

APPRAISAL PROCESS............................................................................................................36

SALES COMPARISON APPROACH ..........................................................................................38

COMPARABLE RESIDENTIAL SALES .....................................................................................39

COMPARABLE SALES MAP ..................................................................................................42

RESIDENTIAL SALES SUMMARY AND ADJUSTMENT GRID .................................................. 43

COMPARABLE RESIDENTIAL SALES ANALYSIS .....................................................................44

RECONCILIATION AND VALUE CONCLUSION.........................................................................47

CONTINGENT AND LIMITING CONDITIONS ...........................................................................48

CERTIFICATION ...................................................................................................................49

QUALIFICATIONS OF THE APPRAISERS .................................................................................50

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

# DATA SUMMARY

| | |
|---|---|
| Property Address: | 155 Summit Drive<br>Paramus Borough, Bergen County, New Jersey |
| Block/Lot: | 1702 / 2 |
| Size of Property (*Acres/Square Feet*): | .95± acres / 41,382± square feet |
| Property Description: | Single family residential property containing approximately 3,299 square feet |
| Zoning: | R150 *(Residential One Family)* |

Assessed Valuation:

| | | |
|---|---|---|
| Land | 547,700 | |
| Improvement | 696,100 | |
| Total | $1,243,800 | |

| | |
|---|---|
| Owner of Record: | Thomas Kostopoulos, et als. |
| Highest and Best Use: | Continued use as a single family dwelling |
| Purpose of Appraisal: | To estimate the Market Value of the Fee Simple Estate |
| Function of Appraisal: | Litigation Purposes |
| Interest Appraised: | Fee Simple |
| Valuation Date: | September 24, 2024 |
| Final Value Estimate | $2,300,000 |

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

**INTRODUCTION**

**PURPOSE OF APPRAISAL**

The appraisal was made for the purpose of estimating the market value of the subject property as of October 8, 2024.

**FUNCTION OF APPRAISAL**

Litigation Purposes

**PROPERTY RIGHTS APPRAISED**

The property rights appraised are all rights existing in fee simple as of the appraisal date. These are the legal and economic interests that may rightfully be exchanged for money or equivalent goods. Property rights inherent in the ownership of tangible personal property and intangible benefits of the property itself are not the subject of this report.

**DELINEATION OF TITLE**

The subject property is owned by Thomas Kostopoulos, et al.  There has not been an arms-length transaction within the past five years.

**SITE INSPECTION**

Theodore J. Lamicella, Jr., SCGREA, CTA, conducted a site inspection of the subject property on September 24, 2024.

**EXPOSURE TIME**

Exposure Time is a reasonable estimate of the length of time the property interest being appraised would have been offered on the market prior to a hypothetical consummation of a sale at market value on the effective date of this appraisal. Exposure Time for the subject property would be six to twelve months.

---

Copyright © 2024 Associated Appraisal Group

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## INTRODUCTION, CONTINUED

### SCOPE OF ASSIGNMENT

This is an appraisal reported in a narrative report format, prepared for the exclusive purpose of assisting the property owner in pending litigation.

In performing the appraisal, we have inspected the subject property and researched, verified and analyzed all available data which pertain to the value estimates to be made. The property in question is a single-family dwelling. Accordingly, and in conformity with market forces primary reliance has been placed upon the sales comparison approach to value.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

# MARKET VALUE

Market Value is commonly defined as:

> "The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue duress.[1]"

Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and Seller are typically motivated.

2. Both parties are well informed or well advised and each are acting in what they consider their best interests.

3. A reasonable time is allowed for exposure in the open market.

4. Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto.

5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.[2]

---

[1] *"The Dictionary of Real Estate Appraisal," Fifth Edition, Chicago: Appraisal Institute, 2010, Page 122.*
[2] *"The Appraisal of Real Estate", Fourteenth Edition, Chicago: Appraisal Institute, 2013, Page 59.*

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## ASSESSED VALUATION, TAX RATE & TAXES

The subject is assessed by the Borough of Paramus, Bergen County, New Jersey and is designated as Block: 1702, Lot: 2.

|  |  |
|---|---|
| Land | 547,700 |
| Improvements | 696,100 |
| Total | $1,243,800 |

The New Jersey Division of Taxation has advised that the following tax rate (per $100 of assessed valuation) and equalization ratios apply to the subject municipality.

| YEAR | EQUALIZATION RATIO (%) | TAX RATE/$100 | EFFECTIVE TAX RATE ($) |
|---|---|---|---|
| 2024 | 93.29% | $1.514 | $1.412 |

### TAXES FOR THE SUBJECT PROPERTY

| ASSESSED VALUE | X | TAX RATE | = | TAXES |
|---|---|---|---|---|
| $1,243,800 | x | $1.514 | = | $18,831.13 |

Copyright © 2024 Associated Appraisal Group

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪Lot: 2*

## SITE DATA

The subject parcel is located on Summit Drive in the Borough of Paramus. Vehicular access to the property is provided from Summit Drive and is gently sloping down to Summit Drive.

| | |
|---|---|
| Size: | .95± acres / 41,382± square feet |
| Shape: | Irregular |
| Topography: | Gently Sloping |
| Drainage: | Appears to be adequate. City storm water drains handle site drainage. |
| Flood Hazard: | U.S. Department of Housing and Urban Development, Community 340062, Panel # 0187G, dated September 30, 2005, indicates that the subject is located within Zone "X" which is defined as an area of minimal flooding. |
| Wetlands: | None observed or reported. |
| Environmental Hazards: | None observed or reported. |
| Easements: | None observed or reported. |
| Soil Conditions: | We are unaware of any unusual or adverse soil conditions. |
| Frontage: | 227± feet along Summit Drive |
| Access: | Vehicular access is supplied from Summit Drive |
| Utilities: | Electricity, public water and sewer, natural gas, and telephone services are all available with adequate capacity in the area. |
| Comments: | The subject site is situated at the highest point in the Borough of Paramus and faces East, demonstrating a spectacular view of the New York City skyline. |

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

**TAX MAP**



*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

# FLOOD MAP



*Subject in Zone X indicated by the above, Blue-encircled white star*

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

# LOCATION MAP



*155 Summit Drive • Paramus Borough • NJ • Block: 1702 • Lot: 2*

**AERIAL VIEW OF THE SUBJECT AND SURROUNDING AREA**



*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

**ZONING**

The subject property is in the R150 (Residential One-Family) zoning district. unless otherwise provided hereinafter, no building, structure or lot shall be used in whole or in part for other than one of the following specified uses:

1. One-family dwelling used as a residence, but there shall not be more than any one such dwelling on any one lot.

2. Public Library.

3. Parks, playgrounds and swimming pools maintained by the Borough of Paramus; provided, however, that the location, character and extent of such facilities shall have first been reviewed by the Planning Board of Paramus which shall render a written advisory report to the Mayor and Council with respect thereto.

4. Public facilities owned and operated by the Borough of Paramus subject to the provisions of Article XXVII of this chapter. [Added 3-11-1997 by Ord. No. 97-9].

Within any residential district (R-50, R-75, R-100, R-150 and R-2F) the following accessory uses shall be permitted, provided that such use is subordinate and customarily incidental to a permitted use or to a duly approved conditional use and provided further that there shall be no living quarters in any accessory building and accessory buildings shall not exceed 60% of the land coverage of the main building.

1. Private garage or private parking area or driveway. A private driveway shall be deemed to be accessory to the use to which it gives access. A private garage or private parking area is not permitted in any residential zone unless it is accessory to a permitted use or an approved conditional use.

2. Sign, if permitted by ordinance, provided that a permit has been duly issued by the borough.

3. Other accessory buildings or uses customarily incidental to the main permitted use in the residential zone but not including any livestock accessory building, nor any accessory building designed or used for human habitation.

4. Home occupation. [Amended 11-24-1992 by Ord. No. 92-23]

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

ZONING, CONTINUED

The following uses are conditional uses in any residential zone (R-50, R-75, R-100, R-150 and R-2F):

1.  Church or other place of worship, including parish house or Sunday school building.

2.  Church School

3.  Private school, provided that the same is duly accredited by the New Jersey Department of Education for elementary or secondary school under the compulsory education laws.

4.  Procedures and general standards for review of applications for conditional uses by the appropriate approving agency are found in Article XXVIII of this chapter.

5.  Senior citizen housing in the R-100 Zone only. [Added 5-13-1997 by Ord. No. 97-13]

6.  Community residences for the developmentally disabled, community shelters for victims of domestic violence, community residences for the terminally ill and community residences for persons with head injuries. (Added 7-27-1999 by Ord. No. 99-21]

7.   Group homes, halfway houses, supervised apartment living arrangements, hostels and the like- [Added 7-27-1999 by Ord. No. 99-21]

8.  Facilities for Alzheimer's patients or those suffering from dementia or other cognitive problems and/or deficits. [Added 7-27-1999 by Ord. No. 99-21]

9.  Family day-care homes. [Added 7-27-1999 by Ord. No. 99-21]

10.  All residences, shelters, homes, apartments, hostels, facilities and the like as set forth in this section shall be limited to not more than 15 occupants. [Added 7- 27-1999 by Ord. No. 99-21]

11.  All residences, shelters, homes, apartments, hostels, facilities and the like as set forth in this section shall be limited to not more than 15 occupants. [Added 7- 27-1999 by Ord. No. 99-21]

Bulk requirements are highlighted on the following page.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

**ZONING, CONTINUED**

### BULK REQUIREMENTS
### ROM-1 INDUSTRIAL DISTRICT (RESEARCH / OFFICE / LIMITED MANUFACTURING)

|  | Interior Lots | Corner Lots |
|---|---|---|
| Minimum Lot Area | 30,000 square feet | 34,500 square feet |
| Minimum Lot Width | 150 Feet | |
| Minimum Lot Frontage | 40 Feet | |

|  | By Buildings | By Impervious Surfaces |
|---|---|---|
| Maximum Improvement Coverage | 25% | 50% |

|  | Flat Roof: 20 Feet | Pitched Roof: 35 Feet |
|---|---|---|
| Maximum Building Height | | |

|  | From Street right-of-way | From Center line of street |
|---|---|---|
| Minimum Front Yard *(shall be the greater of the following distances)* | 50 Feet | 75 Feet |

| Minimum Rear Yard | 50 Feet |
|---|---|

|  | For any one (1) side | Total of both side yards |
|---|---|---|
| Minimum Side Yards | 25 Feet | 50 Feet |

The subject property is considered to be a legal, conforming use.

*155 Summit Drive • Paramus Borough • NJ • Block: 1702 • Lot: 2*

## ZONING MAP



*Subject Property Indicated by black Oval*

Copyright © 2024 Associated Appraisal Group

Page   14

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## SUBJECT IMPROVEMENT DESCRIPTION

The subject property is a single-family, ranch style dwelling in average condition and erected in 1962. The residence contains 3,299 square feet of living area. The exterior is wood siding, and the roof is asphalt tile. The interior finish is primarily sheetrock walls and ceilings with imported Italian tiles, hardwood and carpeted floors.

The first floor consists of a living room, dining room, kitchen, family room, office, den, 3-bedrooms, one 6-fixture bathroom, two 3-fixture bathrooms and two 2-fixture bathrooms.

There is one fireplace.

The partially finished basement has a family room, 1 bedroom and one 3-fixture bathroom.

There is an attached two-car garage. The entire dwelling is heated/cooled by forced hot air and central air conditioning.

Exterior amenities include an in-ground pool, a wooden deck and a paver patio.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## PHOTOGRAPHS OF THE SUBJECT PROPERTY



FRONT VIEW



FRONT VIEW

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## PHOTOGRAPHS OF THE SUBJECT PROPERTY, CONTINUED



**FRONT
ENTRANCE**



**LIVING ROOM /
DINING ROOM
AREA**

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## PHOTOGRAPHS OF THE SUBJECT PROPERTY, CONTINUED



KITCHEN



BEDROOM

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## PHOTOGRAPHS OF THE SUBJECT PROPERTY, CONTINUED



BEDROOM



MASTER
BEDROOM

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## PHOTOGRAPHS OF THE SUBJECT PROPERTY, CONTINUED



**MASTER BATHROOM**



**BATHROOM**

Copyright © 2024 Associated Appraisal Group

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## PHOTOGRAPHS OF THE SUBJECT PROPERTY, CONTINUED



BATHROOM



BATHROOM

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## PHOTOGRAPHS OF THE SUBJECT PROPERTY, CONTINUED



**FAMILY ROOM**



**DECK AND REAR YARD**

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## PHOTOGRAPHS OF THE SUBJECT PROPERTY, CONTINUED



**IN-GROUND
POOL AND
PATIO**



**IN-GROUND
POOL AND
PATIO**

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

# PHOTOGRAPHS OF THE SUBJECT PROPERTY, CONTINUED



UTILITIES



UTILITIES

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## PHOTOGRAPHS OF THE SUBJECT PROPERTY, CONTINUED



DRIVEWAY



DRIVEWAY

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

### PHOTOGRAPHS OF THE SUBJECT PROPERTY, CONTINUED



**FRONT YARD (CUL-DE-SAC) VIEWS OF NYC AND ARCOLA COUNTRY CLUB**



**FRONT YARD (CUL-DE-SAC) VIEWS OF NYC AND ARCOLA COUNTRY CLUB**

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

### PHOTOGRAPHS OF THE SUBJECT PROPERTY, CONTINUED



**STREET VIEW**



**STREET VIEW – SUMMIT DRIVE**

Case 24-22027-JKS    Doc 45-3    Filed 03/26/25    Entered 03/26/25 13:12:31    Desc
Exhibit B    Page 32 of 56
*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

BERGEN COUNTY

Bergen County, which contains approximately 234 square miles of total land area, is located in the northeasterly portion of the State of New Jersey.

The County is bounded on the north by Rockland County, New York, Hudson and Essex Counties to the south, the Hudson River to the east, and Passaic County to the west.

The county is traversed by an extensive system of state, county and interstate roadways including Interstate Routes 95 and 80 and State Routes 3, 4, 9W, 17 and 46, plus an extensive system of local roadways. Bergen County, a "gateway" to New York City, provides access to New York City via the George Washington Bridge and the Lincoln Tunnel.

In addition to the extensive system of roadways, transportation facilities include commuter and freight rail service. Regularly scheduled commuter bus and rail service to New York City is provided by New Jersey Transit.

Teterboro Airport is a passenger and freight air shipping facility located in the southeast portion of the County. The facility serves the largest number of private and corporate planes in the east.

Bergen County is the most populous county in the State. The county's 2020 population of 955,732 has increased from 905,116 in 2010. Bergen County's population density is recorded at 3,900 inhabitants per square mile.

The County is improved primarily with residential single family detached dwellings. The remainder of the county is devoted to office, industrial, and retail uses.

The county is governed by a county executive and a seven-member board of chosen freeholders. The freeholders are elected by districts for terms of four years.

Cities, towns and townships in the county are generally governed by mayor and councils or a township committee.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

**BERGEN COUNTY, CONTINUED**

The county's diversified economic base and major employment groupings within the County include retail, manufacturing, finance and services.

Major employers in the county include Nabisco, Benjamin Moore, Mercedes-Benz, Sony, UPS, and Beckton-Dickinson.

Health care facilities servicing the county include Hackensack University Medical Center, Hackensack University Medical Center at Pascack Valley, Bergen Regional Medical Center, Holy Name Hospital, Englewood Hospital and Medical Center, and Valley Hospital.

Public education, kindergarten through 12th grade, is provided by the municipalities. Additionally, there are parochial schools located throughout the county. Institution of higher education include Bergen Community College, Hackensack University Hospital, Felician College, Ramapo College, and Fairleigh Dickinson University.

Police, fire and first aid squads are for the most part located in and funded by the individual municipalities. The county sheriff's department includes approximately 400 officers.

Utilities include water, sewer, natural gas, electricity, and telephone services are available throughout the county. Sewers and water are supplied by public facilities. Natural gas and electricity is distributed by Public Service Electric and Gas Company. Garbage removal is either provided for by the various municipalities or a private service.

A range of recreational facilities, museums, historic sites, and entertainment activities are offered. In addition to private facilities, national, state and county parks provide a variety of activities including boating, picnicking, fishing, ice skating, riding, softball, golf, tennis, and sightseeing.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

**BERGEN COUNTY, CONTINUED**

Generally the county offers those elements needed to attract residential, commercial and industrial development. In addition to the county's proximity to New York City, the county is located in the "Middle Atlantic" region of the United States representing a multi-billion dollar market area that stretches from Boston to Northern Virginia.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

**BOROUGH OF PARAMUS**

The Borough of Paramus is a residential and commercial center situated in the central section of Bergen County. The Borough contains 10.52 square miles, 10.47 square miles of which are land. As of the 2020 census, there were 26,698 people residing in Paramus. The median income for a household in the Borough was $130,273 and the median income for a family was $130,273. The per capita income was $49,843.

Paramus is governed under the Borough form of New Jersey municipal government. The government consists of a Mayor and a Borough Council comprising six council members, with all positions elected at large. A Mayor is elected directly by the voters to a four-year term of office and only votes to break a tie. The Borough Council consists of six members elected to serve three-year terms on a staggered basis, with two seats coming up for election each year.

The Paramus Public Schools serve students in kindergarten through twelfth grade. Schools in the district are five elementary schools, Memorial Elementary School (grades K-5), Midland Elementary School (K-5), Parkway Elementary School (PreK-5), Ridge Ranch Elementary School (K-5) and Stony Lane Elementary School (K-5); Eastbrook Middle School and Westbrook Middle School for grades 5–8 and Paramus High School for grades 9–12.

Paramus is home to many private religious schools. Paramus Catholic High School is a co-educational Roman Catholic high school founded in 1965 and operated by the Archdiocese of Newark. With more than 1,500 students, it has the largest enrollment of any Roman Catholic high school in the state of New Jersey. Paramus is also home to the Visitation Academy, a K-8 Catholic school overseen by the Newark Archdiocese; the Yavneh Academy and Yeshivat Noam, founded in 2001, which are K-8 co-ed Jewish day schools and the Frisch School, a Modern Orthodox Jewish yeshiva serving grades 9–12 that describes itself as the nation's second largest coed yeshiva high school.

Copyright © 2024 Associated Appraisal Group

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

**BOROUGH OF PARAMUS, CONTINUED**

Bergen Community College is based in Paramus, with other satellite centers located elsewhere around the county. The bulk of the college's 17,000 students working towards degrees are located at the main campus in Paramus. The Bergen campus of Berkeley College is located in Paramus.

Paramus is also home to two special education schools. The EPIC School (Educational Partnership for Instructing Children) is located on North Farview Avenue, next to the Our Lady of Visitation church and The Alpine Learning Group is located on County Route 62, close to Linwood Avenue.

Highways in Paramus include Route 17, Route 4 and the Garden State Parkway (including the Paramus Toll Plaza at Interchange 165). New Jersey Transit bus routes 144, 145, 155, 157, 162, 163, 164, 165 and 168 serve the Port Authority Bus Terminal in Midtown Manhattan; the 171 and 175 routes provide service to the George Washington Bridge Bus Station; and local service is offered on the 709, 722, 751, 752, 753, 755, 756, 758, 762 and 770 routes. Coach USA provides bus service to the Port Authority Bus Terminal via Rockland Coaches route 45/45A/45X from Pomona, New York and via Short Line on Route 17.

Generally, the community is provided those services demanded by typical inhabitants, including educational facilities, recreational facilities, public utilities, health facilities, shopping, and police, fire, and communication facilities.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

**NEIGHBORHOOD DESCRIPTION**

The subject property is located at the southwestern portion of Paramus Borough. This neighborhood is generally bounded by:

- W Century Road to the North

- Garden State Parkway to the East

- Route 4 to the South

- Paramus Road to the West

The subject property's neighborhood area is primarily residential uses.

The subject's neighborhood appeal is enhanced by close proximity to county roads, the Garden State Parkway, New Jersey Routes 4, 17 and 208 as well as the Paramus shopping district. The types of land uses consist of single-family detached homes.

The four states of a neighborhood areas life cycle when analyzing growth rate are as follows:

- Growth – period during which the market gains public favor and acceptance;

- Stability – period of equilibrium without market gains or losses;

- Decline – period of diminishing demand;

- Revitalization – period of renewal, redevelopment, modernization and increasing demand.

The subject property's neighborhood is considered to be in the 'stability stage' indicated by the overall stability of the market area.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

The subject property has been valued, according to proper appraisal techniques, in terms of its highest and best use.

Highest and Best use may be defined as:

> "the reasonably probable and legal use of vacant land or an improved property, that is physically possible, appropriately supported and financially feasible and that results in the highest value."[3]

The definition immediately above applies specifically to the highest and best use of land. It is to be recognized that in cases where a site has existing improvements, the highest and best use may very well be determined to be different from the existing use. The existing use will continue, however, unless and until land value in its highest and best use exceeds the total value of the property in its existing use.

Implied within this definition is recognition of the contribution of that specific use to community environment or to community development goals in addition to wealth maximization of individual property owners. Also implied is that the determination of highest and best use results from the appraiser's judgment and analytical skill, i.e., that the use determined from analysis represents an opinion, not a fact to be found. In appraisal practice, the concept of highest and best use represents the premise upon which value is based. In the context of most probably selling price (market value), another appropriate term to reflect highest and best use would be most probable use. In the context of investment value, an alternative term would be most profitable use.

To analyze highest and best use two distinct scenarios are considered:

1.   The highest and best use of the land as vacant.

2.   The highest and best use of the land as improved.

---

[3]   *"The Appraisal of Real Estate", Thirteenth Edition, Page 277-278, published by the Appraisal Institute 2008.*

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## HIGHEST AND BEST USE, CONTINUED

### AS VACANT

The subject property is located in the R-150 (single family residential zoning district) which does permit residential uses.  It is our opinion that the highest and best use of the subject site as vacant would be for single family development. All four tests of the highest and best use are completely satisfied. It is obviously physically possible based on the current site characteristics and area development trends. It is legally permissible per zoning. It is financially feasible due to the better than average market conditions in the area. It would be maximally productive based on the demand for this type of property in this neighborhood.

### AS IMPROVED

It is also our opinion that the highest and best use of the subject site as improved is the current use as a residential property, based on the current market trends, past market activity, actual supply and demand for like properties, municipal zoning, neighborhood compatibility, etc.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

APPRAISAL PROCESS

To estimate the Fair Market Value of a property, the accepted procedure is to apply the Cost, Sales Comparison, and the Income Capitalization approaches to value, analyze their worth, and then reconcile the data into a final value estimate. The following is a summary of each approach to value:

## COST APPROACH

The Cost Approach is defined as, "That approach in appraisal analysis which is based on the proposition that the informed purchaser would pay no more than the cost of producing a substitute property with the same utility as the subject property. It is particularly applicable when the property being appraised involves relatively new improvements which represent the highest and best use of the land or when relatively unique or specialized improvements are located on the site, and for which there exist no comparable properties on the market."

The first step of this valuation procedure is to estimate the replacement cost new of the existing structure and all other applicable site improvements. From the cost new, we must subtract the dollar amount of accrued depreciation caused by physical wear and tear, functional obsolescence, or economic obsolescence. This gives us the current depreciated value of the improvements. The second step of this procedure is to estimate the land value as if vacant. By gathering all recent vacant land sales and analyzing only those most similar with the subject property, an accurate estimate can be obtained. The third and final step is to add the current depreciated value of all improvements to the estimated land value to indicate a total cost valuation.  The cost approach was not utilized in this report since the most reliable approach in determining the fair market value of the subject is the sales comparison approach.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

APPRAISAL PROCESS, CONTINUED

_____

### SALES COMPARISON APPROACH

In utilizing the Sales Comparison Approach, we must complete the following procedures. Search the market for recent sales that are like the subject, preferably in a nearby location, but ranging as far as necessary to obtain a comprehensive picture. Consider all listings, offerings, and rental data as they may affect current economic conditions. Analyze each of the sales as it compares to the subject property. Make plus and minus adjustments to each sale where it is dissimilar to the subject in important aspects such as location, time of sale, size, condition, etc. The purpose here is to make each sale as nearly equal to the subject as possible; thereby forming a tight value range and indicating an overall unit of value based on an applicable land and building unit of value. Finally, select several sales that appear most reflective and formulate an opinion of the subject's value based on this data, trends and market study. The sales comparison approach was utilized in this report.

### INCOME CAPITALIZATION APPROACH

The Income Capitalization Approach consists of estimating a value through the potential income to be received over a typical projection period. The income estimate is converted to a value estimate by applying an appropriate market abstracted factor. The subject property type is not typically traded based on its income generating potential. Therefore, the income approach was not utilized in this report.

_____

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

### SALES COMPARISON APPROACH

In using the sales comparison approach, the following procedures must be completed:

1.  Investigate the market as to recent sales of similar type properties, preferably in the same neighborhood, but ranging as far as necessary to obtain a comprehensive picture.

2.  Analyze and compare all the sales to the subject property and make plus or minus adjustments to each sale where it is dissimilar to the subject in important aspects, such as location and physical characteristics. The purpose here is to bring each sale as equal to the subject as possible, thus forming a tight value range.

3.  Finally, select several sales that are most reflective, and formulate an opinion of the subject's value based on this data.

We have gathered sales of comparable residences in the same market area and have adjusted each of these sales including time, location and physical characteristics of the property. The following pages give a map and summary of each of these sales and then a summary of the adjustments that were made.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## COMPARABLE RESIDENTIAL SALES

### COMPARABLE RESIDENTIAL SALE ONE



| | |
|---|---|
| Address/Location: | 189 Alpine Drive, Paramus Borough, Bergen County, NJ |
| Tax Reference: | Block:  1704          Lot:          2 |
| Deed Reference: | Book:  4928          Page:          1157 |
| Grantor: | Michelle & Ivo Perez |
| Grantee: | Amit & Jeetika Krishnatry |
| Date of Deed: | December 9, 2022 |
| Consideration: | $2,150,000 |
| Lot Size: | .98 Acres |
| Dwelling Size: | 2,325 Square Feet |
| Garage: | 3-Car Basement |
| Utilities: | Public Electric, Sewer, Water and Gas |
| Reflects: | $924.73 per square foot of dwelling |

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

### COMPARABLE RESIDENTIAL SALES, CONTINUED

#### COMPARABLE RESIDENTIAL SALE TWO



| | |
|---|---|
| Address/Location: | 255 Alpine Drive, Paramus Borough, Bergen County, NJ |
| Tax Reference: | Block:    1604          Lot:        6 |
| Deed Reference: | Book:    5043          Page:    1094 |
| Grantor: | Marina Prakhina |
| Grantee: | Amit & Jeetika Krishnatry |
| Date of Deed: | June 29, 2023 |
| Consideration: | $2,200,000 |
| Lot Size: | 1.45 Acres |
| Dwelling Size: | 2,375 Square Feet |
| Garage: | 2-Car Attached |
| Utilities: | Public Electric, Sewer, Water and Gas |
| Reflects: | $926.31 per square foot of dwelling |

Copyright © 2024 Associated Appraisal Group

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## COMPARABLE RESIDENTIAL SALES, CONTINUED

### COMPARABLE RESIDENTIAL SALE THREE



| | |
|---|---|
| Address/Location: | 177 Alpine Drive, Paramus Borough, Bergen County, NJ |
| Tax Reference: | Block:   1704          Lot:          4 |
| Deed Reference: | Book:   4918          Page:        282 |
| Grantor: | Marianne & Albert Leotta |
| Grantee: | Joshua & Ela Weiss |
| Date of Deed: | January 11, 2023 |
| Consideration: | $1,530,000 |
| Lot Size: | 0.76 Acres |
| Dwelling Size: | 4,390 Square Feet |
| Garage: | 3-Car Attached |
| Utilities: | Public Electric, Sewer, Water and Gas |
| Reflects: | $348.52 per square foot of dwelling |

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## COMPARABLE SALES MAP



*155 Summit Drive • Paramus Borough • NJ • Block: 1702 • Lot: 2*

RESIDENTIAL SALES SUMMARY AND ADJUSTMENT GRID

| | SUBJECT | COMPARABLE ONE | | COMPARABLE TWO | | COMPARABLE THREE | |
|---|---|---|---|---|---|---|---|
| Address | 155 Summit Drive | 189 Alpine Drive | | 255 Alpine Drive | | 177 Alpine Drive | |
| Block / Lot | 1702 / 2 | 1704 / 2 | | 1604 / 6 | | 1704 / 4 | |
| Sale Price | | $2,150,000 | | $2,200,000 | | $1,530,000 | |
| Sale Date | | June 12, 2024 | | June 30, 2023 | | January 12, 2023 | |
| Sale Price per sq ft | | $924.73 | | $926.31 | | $348.52 | |
| Data Source / Verification | Inspection | Assessor's Records/Deed/MLS | | Assessor's Records/Deed/MLS | | Assessor's Records/Deed/MLS | |
| Time Adj Sale Price | | 3-MONTHS | $2,185,833 | 14 MONTHS | $2,456,667 | 20 MONTHS | $1,785,000 |
| | Description | Description | Adjustment | Description | Adjustment | Description | Adjustment |
| Financial Concessions | None | None | | None | | None | |
| Location / View | Cul-de-Sac / Superior | Average / Inferior | 327,874 | Average / Inferior | 368,500 | Average / Inferior | 267,750 |
| Lot Size (AC.) | .95 Acres | .98 Acres | | 1.45 Acres | (375,000) | .76 Acres | 142,500 |
| Style | Raised Ranch | Ranch | | Ranch | | Colonial | (89,250) |
| Age/Condition | 1962 / Average | 1959 / Superior | (218,874) | 1959 / Similar | | 1967 / Superior | (78,500) |
| Room Count | 8 / 3 / 3.2 | 12 / 4 / 3.2 | | 8 / 4 / 3.0 | 30,000 | 13 / 5 / 4.1 | (15,000) |
| Total Living Area | 3,299 | 2,325 | 194,800 | 2,375 | 184,800 | 4,390 | (218,200) |
| Basement | Full / Part Finished | Full / Finished | (25,000) | Full / Finished | (50,000) | Full / Finished | (25,000) |
| Garage | 2-Car | 3-Car | (10,000) | 2-Car | | 3-Car | (10,000) |
| Porch / Deck | Deck / Large Patio | Porch / Patio | | Deck / Patio | | Patio | |
| In-Ground Pool | Yes | Yes | | Yes | | Yes | |
| Accessory(ies) | None | None | | None | | None | |
| Fireplace(s) | 1 | 2 | (7,500) | 0 | 7,500 | 1 | |
| Heating / Cooling | FA / CAC | FA / CAC | | HWBB / CAC | | HWBB / CAC | |
| NET ADJUSTMENTS | | | 261,586 | | 165,800 | | (125,700) |
| NET ADJ. % | | | 11.97% | | 6.75% | | (7.04%) |
| ADJUSTED SALES PRICE | | $2,447,424 | | $2,622,467 | | $1,659,300 | |

AG  Copyright © 2024 Associated Appraisal Group

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## COMPARABLE RESIDENTIAL SALES ANALYSIS

A thorough search and investigation was conducted to ascertain comparable sales in the subject's market area. The preceding comparable sales chart indicates an unadjusted value range from $1,530,000 to $2,200,000. Adjustments were then made for difference in date of sale, size, location and physical characteristics. The following is a detailed description of the adjustments made:

### TIME

All comparable sales closed between June 2023 and June 2024. Analysis performed during this time period indicates the market was increasing at a rate of 10% per annum.

### FINANCIAL CONCESSIONS

There were no conditions in effect at the time of sale for each of the comparable sales that would have either a positive or negative effect on value. Estate conveyed in each sale was fee simple and sold for cash or cash equivalent.

### NEIGHBORHOOD/LOCATION/VIEW

The subject property is situated on Summit Drive in Paramus Borough which is the highest point in Paramus Borough and affords stunning New York City views and views of the Arcola Golf Course. All the comparable sales are located in areas which do not have these views; therefore, upward adjustments were warranted.

### LOT SIZE

The subject property contains .95 acres. The comparable sales were adjusted at a rate of $750,000 per acre.

### STYLE

The subject and sales one and two are ranches. Sale three is a colonial and required a downward adjustment.

---

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

COMPARABLE RESIDENTIAL SALES ANALYSIS, CONTINUED

## AGE/CONDITION

The subject property is a ranch style dwelling in average condition. Comparable sales one and three are superior in condition to the subject property and required adjustment, albeit to varying degrees.

## BATHROOMS

The subject property contains three full bathrooms and two half-bathrooms. Differences in bathrooms were adjusted $30,000 for full bathrooms and $15,000 for half bathrooms.

## TOTAL LIVING AREA

Properties of this type and of this quality of construction in the subject market support an adjustment of $200.00 per square foot of GLA. All sales have been adjusted to reflect the difference in livable area.

## BASEMENT

The subject property has a full, partially finished basement. The comparable sales have full basements with varying amenities and have been adjusted to reflect the differences in finish.

## GARAGE

The subject property has a 2-car attached garage. Differences in garage size were adjusted at $10,000 per car.

## PATIO/PORCH/DECK ACCESSORIES

The subject property and all of the comparable sales have various patio/porch/deck accessory improvements and were adjusted accordingly.

## POOL

The subject property has an in-ground pool. Comparable sales one, two and three, also have in -ground pools and therefore, no adjustments were necessary.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

**COMPARABLE RESIDENTIAL SALES ANALYSIS, CONTINUED**

### EXTERIOR ACCESSORY ITEMS

The subject property and comparable sales do not have accessory items. Therefore, no adjustments were necessary.

### FIREPLACES

The subject property has one fireplace. The differences in fireplace counts were adjusted at $7,500 a unit.

### HEATING/COOLING

The subject property and each of the comparable sales have similar heating systems; therefore, adjustments were not warranted.

### CONCLUSION

A value range of $1,659,300 to $2,622,467 was determined after all the necessary adjustments were made to the sales. All sales in this report are deemed reliable.

After careful analysis and consideration to all the pertinent facts regarding the subject properties, we have concluded the value of the subject property as of October 8, 2024, to be $2,300,000.

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

## RECONCILIATION AND VALUE CONCLUSION

The three approaches to value have produced the following conclusions:

| | |
|---|---|
| Cost Approach | Not Applicable |
| Sales Comparison Approach | **$2,300,000** |
| Income Approach | Not Applicable |

In this report, all three approaches to value were considered. The Cost and Income Approaches to value were not utilized in this report for reasons stated earlier. The Sales Comparison Approach is considered strongly supportive of value as of the appraisal date. Through this approach evidence was given to support our final conclusion and estimate of value. This approach is the most common and best understood because it is held that, under the sales comparison method, a whole property is compared with the sale of another whole property. The absence of perfect comparability within limits would be solved by the exercise of sound appraisal judgment. We have researched and compared numerous sales and have utilized in this report sales of similar residences situated in Paramus Borough.

Therefore, I have concluded the fair market value of the subject property, as of October 8, 2024, was in the amount of:

***$2,300,000***
***(Two Million Three Hundred Thousand Dollars)***

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

**CONTINGENT AND LIMITING CONDITIONS**

The appraisers assume no responsibility for matters legal in character, nor render any opinion as to title, which is assumed to be good. The legal description, if any furnished, is assumed to be correct. All existing liens and encumbrances have been disregarded and the property has been appraised as though free and clear and under responsible ownership and competent management.

A personal inspection of the property has been made. Areas and dimensions of the property have been physically measured with the exception of the lot size which was provided by the current tax map of the municipality in which the subject exists.

An analysis of local conditions and all relevant data has been made. Verification of factual matters contained in this report, has been made to the extent deemed practicable. We certify, that to the best of our knowledge and belief, such factual matters are true and correct and that no important factors affecting value of this property were knowingly overlooked or withheld.  Market data has been taken from sources deemed to be reliable but may not have been able to be verified in all cases.  The resultant estimate of market value is predicated on the financial structure prevailing as of the date of value.

This appraisal report sets forth all of the limiting conditions (imposed by the terms of the assignment or by the undersigned) affecting the analysis, opinion and conclusions contained in this report.

Possession of this report, or a copy thereof, does not carry with it the right of publication, nor may all or any part of the contents of this report be conveyed to the public through advertising, public relations, news, sales or other media, without written consent and approval of the author, particularly as to value conclusions, and the identity of the appraisers or firm which they are connected.

The appraisers shall not be required to give testimony or appear in court by reason of this appraisal unless specific arrangements for these services are otherwise arranged.

Copyright © 2024 Associated Appraisal Group

*155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block: 1702 ▪ Lot: 2*

**CERTIFICATION**

We certify that, to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is our personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective interest in the property that is the subject of this report, and we have no personal interest with respect to the parties involved.
4. I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
5. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
6. My engagement in this assignment was not contingent upon developing or reporting predetermined results.
7. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
8. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice.*
9. I have conducted an interior and exterior inspection of the property that is the subject of this report.
10. No one provided significant real property appraisal assistance to the people signing this certification.
11. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.
12. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

Dated:  October 8, 2024

Respectfully submitted,

THEODORE J. LAMICELLA, JR., SCGREA, CTA
*State Certified General Real Estate Appraiser*
*License Number:  42RG00189200*
*Expiration Date:  December 31, 2025*

Case 24-22027-JKS    Doc 45-3    Filed 03/26/25    Entered 03/26/25 13:12:31    Desc
*155 Summit Drive • Paramus Borough • NJ • Block: 1702 • Lot: 2* Exhibit B    Page 54 of 56

**QUALIFICATIONS OF THE APPRAISERS**

# THEODORE J. LAMICELLA, JR., SCGREA, CTA
### STATE CERTIFIED GENERAL REAL ESTATE APPRAISER

### EDUCATION:

**OCEAN COUNTY COLLEGE**
Business Administration

Additional Course Work:
-Real Property Appraisal I - Rutgers University
-Real Property Appraisal II - Rutgers University
-Property Tax Administration - Rutgers University
-General Applications - Appraisal Institute
-Advanced Income Capitalization - Appraisal Institute
-Market Analysis and Highest & Best Use - Appraisal Institute
-Advanced Applications - Appraisal Institute
-Standards of Professional Practice, Parts A & B - Appraisal Institute
-Hotel Valuation - Appraisal Institute
-Report Writing & Valuation Analysis - Appraisal Institute
-Real Estate Finance Statistics and Valuation Modeling
-Uniform Appraisal Standards for Federal Land Acquisitions
-Farmland Assessment

### EXPERIENCE:

| | |
|---|---|
| 2010 – Present | **ASSOCIATED APPRAISAL GROUP**<br>*Director, Appraisal & Litigation Services* |

Responsibilities include providing professional appraisal consulting services to government/public agencies, corporation, the legal profession, financial institutions, and private individuals. Responsible for the supervision of the litigation support staff.

| | |
|---|---|
| 2016 – Present | **TOWNSHIP OF WALL** - *Tax Assessor* |
| 2024 – Present | **BOROUGH OF MANASQUAN** – *Tax Assessor* |

Department head responsible for the annual valuation of all real property within the Township and Borough for taxation purposes.

Analysis of all sales transactions for consideration of inclusion in annual sales study required by the State of New Jersey for measuring the deviation between sale values and assessed values.

Defending tax assessments for appeals at the Monmouth County Tax Board and the New Jersey State Tax Court.

---

155 Summit Drive ▪ Paramus Borough ▪ NJ ▪ Block. 1702 ▪ Lot. 2

**QUALIFICATIONS OF THE APPRAISERS, CONTINUED**

---

2008 – 2010         **APPRAISAL SYSTEMS, INC.**
                    *Senior Appraiser*

Responsible for all phases of revaluation programs relating to commercial properties, including the estimation of all property values in municipalities throughout Bergen, Essex, Hunterdon, Monmouth, Morris, Ocean, Passaic, Sussex, Union, and Warren Counties.

Narrative report writing for the Tax Court of New Jersey, condemnation matters, lending institutions, various governmental agencies, and private clients.

Expert witness at the Tax Court of New Jersey and various County Boards of Taxation.

1997 - 2008         **CERTIFIED VALUATIONS, INC.**
                    *Project Manager / Chief Commercial Appraiser*

Responsibilities included: supervision and training for data collection, conducting income and expense analysis, sales analysis, and valuation of commercial properties, as well as attendance at and review of informal taxpayer hearings. Responsible for training and supervising of field personnel.

Participated in the revaluations and assessments in the following municipalities: City of Atlantic City, Town of Dover, Fort Lee Borough, Harding Township, Kinnelon Borough, Lincoln Park Borough, Madison Borough, Mansfield Township, Montville Township, Morris Township, Town of Morristown, City of Newark, Parsippany-Troy Hills Township, Randolph Township, Rockaway Township, Washington Township and West Windsor Township.

Responsible for the valuation of commercial, industrial and apartment properties during the revaluation of the City of Newark.

Responsible for the valuation of Casino/Hotel properties during the revaluation of the City of Atlantic City.

1992 – 1997         **MMC, INC.**
                    *Commercial Appraiser*

Established data collection and valuation guidelines for commercial/industrial properties in New Jersey. Trained and supervised staff. Data collected and reviewed commercial/industrial properties in field. Analyzed sales & income and expense reports. Developed CAP rates. Built databases and wrote guidelines for income/capitalization programs.

Participated in revaluation and assessments in the following municipalities: Dover Township, Warren Township and Washington Township (Mercer County).

---

*155 Summit Drive • Paramus Borough • NJ • Block: 1702 • Lot: 2*

## QUALIFICATIONS OF THE APPRAISERS, CONTINUED

**1990 - 1992   VITAL APPRAISAL**
*Commercial Data Collector*

Performed data collection of commercial/industrial and residential properties. Administered quality control reports on staff. Analyzed sales ratio reports. Conducted hearings.

Participated in revaluation and assessments in the following municipalities: Brick Township, Cherry Hill Township, Marlboro Township and Mercerville.

**1988 - 1990      COLE-LAYER-TRUMBLE**
*Crew Chief - Field Inspections*

Coordinated and supervised residential data collection. Administered quality control reports on staff. Analyzed sales ratio reports. Supervised and conducted hearings.

### EXPERT WITNESS:

Tax Court of New Jersey
Superior Court of New Jersey
United States District Court – District of New Jersey
Atlantic County Board of Taxation, Bergen County Board of Taxation
Camden County Board of Taxation, Essex County Board of Taxation
Hudson County Board of Taxation, Hunterdon County Board of Taxation
Middlesex County Board of Taxation, Monmouth County Board of Taxation
Morris County Board of Taxation, Ocean County Board of Taxation
Passaic County Board of Taxation, Sussex County Board of Taxation
Union County Board of Taxation, Warren County Board of Taxation
Bucks County, PA Board of Assessment

### CERTIFICATIONS AND PROFESSIONAL AFFILIATIONS:

Certified Tax Assessor - State of New Jersey
State of New Jersey, State Certified General Real Estate Appraiser
    License Number: **42RG001892000**
Commonwealth of Pennsylvania, State Certified Real Estate Appraiser
    License Number:  **GA004258**
Associate Member - Appraisal Institute