Case 22-18145-VFP    Doc 78    Filed 12/11/23    Entered 12/12/23 21:29:54    Desc Main
Document      Page 1 of 2

Case 24-22027-JKS    Doc 51-1    Filed 04/18/25    Entered 04/18/25 00:39:37    Desc
Exhibit A Fee Award in Athena Kostopoulos Chapter 13    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-2(c)

LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, New Jersey 07102
(973) 623-3000
bgreenberg@litedepalma.com
Allen J. Underwood II, Esq.
aunderwood@litedepalma.com
Special Counsel for Debtor,
Athena Kostopoulos

Order Filed on December 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ATHENA KOSTOPOULOS,

           Debtor.

Chapter 13

Case No.: 22-18145

Hon. Vincent F. Papalia, U.S.B.J.

**ORDER ALLOWING FINAL FEES TO LITE DEPALMA GREENBERG & AFANADOR, LLC, AS SPECIAL COUNSEL TO DEBTOR**

    The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

DATED: December 11, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Debtor:**     Athena Kostopoulos

**Case No.:**   22-18145 (VFP)

**Caption*: Order Allowing Final Fees to Lite DePalma Greenberg & Afanador, LLC, as Special Counsel to Debtor*

And now, the Court finds that the Applicant named below filed an application for allowances; notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown; it is hereby

**ORDERED** that the applicant, Lite DePalma Greenberg & Afanador, LLC is **ALLOWED** a fee of $35,160.00 for post-petition services rendered to the Estate. The allowance is payable outside the Chapter 13 Plan. In the event the case is dismissed, the Debtor and non-debtor spouse shall pay the balance of this fee directly to applicant. Applicant reserves all rights and does not waive any right to payment as to pre-petition, and post-petition amounts due for services rendered to or for the benefit of the non-debtor spouse Thomas Kostopoulos.