Jason Brett Schwartz, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
Attorneys for American Mortgage Investment Partners
Management, LLC as agent for Wilmington Savings Fund
Society, FSB, as Owner Trustee of the Residential Credit
Opportunities Trust X-C
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

-------------------------------------------------------------x

In re:                                                          Chapter 13

                                                               Case No.: 24-22027-JKS

Thomas Kostopoulos,                                            Hearing Date: April 23, 2026 at 10:00
                                                               AM

                        Debtor.                                Judge: John K. Sherwood

-------------------------------------------------------------x

## CREDITOR'S RESPONSE TO TRUSTEE'S CERTIFICATION OF DEFAULT

American Mortgage Investment Partners Management, LLC as agent for Wilmington

Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C

("Secured Creditor") is a secured creditor in the above Bankruptcy and by its undersigned

counsel hereby responds to the Trustee's Certification of Default, as follows:

1.      Secured Creditor is a lien holder of the Debtor with a mortgage lien on the real

property owned by Debtor and located at 155 Summit Dr, Paramus, NJ 07652 ("Property").

2.      On December 6, 2024, Debtor filed the instant Chapter 13 Bankruptcy Petition.

3.      The Debtor filed a Chapter 13 plan on January 10, 2025.

4.      The Debtor's plan called for the sale of the Property by June 30, 2025. (ECF Doc. 11 at 2.)

5.      On February 4, 2025, Secured Creditor filed Proof of Claim 3-1.

6.      On March 26, 2025, the Debtor filed a Motion to Sell the Property Free and Clear of All Liens.

7.      Proposed Buyer identified in the motion is SF Acquisitions Trust.

8.      On April 30, 2025, the Court entered an Order Granting the Motion to Sell the Property Free and Clear.

9.      In the meantime, the Court scheduled 9 confirmation hearings dates between February 13, 2025 to October 23, 2025.

10.     The attorney for the buyer appeared at a July 24, 2025 confirmation hearing, saying the Order Granting the Motion to Sell would be insufficient and insisted that the quiet title action would be necessary prior to the sale of the property.

11.     Although the Court originally appeared skeptical of the need for quiet title order in addition to an Order allowing the Property to be sold free and clear, at the August 28, 2025 confirmation hearing, the Court offered to adjourn the confirmation hearing to provide the Debtor time to file a quiet title action to facilitate a sale.

12.     At the October 23, 2025 hearing, the parties again addressed the matter of the potential quiet title action.

13.     At the suggestion of the Chapter 13 trustee, the Court confirmed the proposed chapter 13 plan and imposed a deadline on performing the sale rather than further adjourning confirmation to monitor a quiet title action.

14.     The Court entered the Confirmation Order on October 28, 2025.

15.     The Confirmation Order requires the Debtor to sell the Property by February 26, 2026.  (ECF Doc. 56 at 2.)

16.     The Trustee filed a Certification of Default on March 16, 2026, alleging the Debtor failed to sell the Property.

17.     Debtor's counsel has filed a response noting that the Debtor still needs to file a quiet title action before selling the property.  (ECF Doc. 71 at ¶ 11.)

18.     The issue of a quiet title action is not new and had been raised as far back as July 2025.

19.     The Debtor has provided no explanation or excuse for failing to file the quiet title action.

20.     In light of the length history of this case – the two previous bankruptcies filed by Athena Kostopoulos Bk. 20-12080-VFP and Bk. 22-18145-VFP-- the Debtor is engaging in delay to retain the property.

**WHEREFORE**, Secured Creditor respectfully requests that the Certification of Default be granted and for all other and further relief as is just and proper.


Dated:  04/16/2026

By: */s/ Jason Schwartz*
Jason Schwartz, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Secured Creditor
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com